UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | MOTION FOR ORDER FOR RELEASE |
| V. | OF CASH BAIL |
| VIKAS VERMA | |
| | CASE NUMBER: 19-MJ-793 |

**MOTION FOR ORDER FOR RELEASE OF CASH BAIL**

The defendant, VIKAS VERMA, hereby moves for an Order for Release of Cash Bail in the instant case. The United States of America does not oppose this motion.

11/18/19
Date

_____
Attorney for Defendant

ORDER FOR RELEASE OF CASH BAIL

The Defendant having moved for the release of cash bail and there being no opposition, the motion for release of cash bail is granted.

SO ORDERED.

11/18/19
Date

_____
UNITED STATES MAGISTRATE JUDGE